UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HARDY,

      Plaintiff,

v.

                      Case No. 12-13246
                      Hon. Gerald E. Rosen
                      Magistrate Judge Charles E. Binder

COMMISSIONER OF SOCIAL
SECURITY, *et al.,*

      Defendants.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on         May 13, 2013

      PRESENT:  Honorable Gerald E. Rosen
                            Chief Judge, United States District Court

      The Court having this day entered an order adopting the Magistrate Judge's March 11, 2013 Report and Recommendation and granting the Defendant Commissioner of Social Security's motion to dismiss, and the Court having previously entered a December 6, 2012 order adopting the Magistrate Judge's September 17, 2012 Report and Recommendation and determining that the claims asserted by Plaintiff against a number of other Defendants were subject to dismissal,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety. As stated in the Court's prior orders in this case, Plaintiff's claim against the Defendant Commissioner of

Social Security challenging the denial of his claim for Supplemental Security Income benefits is dismissed for lack of subject matter jurisdiction in light of Plaintiff's failure to fully exhaust his administrative remedies, and Plaintiff's claims against the remaining Defendants named in his complaint are dismissed with prejudice for failure to state a claim upon which relief can be granted.

                               s/Gerald E. Rosen
                               Chief Judge, United States District Court

Dated: May 13, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2013, by electronic and/or ordinary mail.

                               s/Julie Owens
                               Case Manager, (313) 234-5135